**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:15-CV-00174-MR-DSC**

| | | |
|---|---|---|
| **TRUONG GIANG LE,** | ) | |
| | ) | |
| **Plaintiff/Counterclaim Defendant,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DEBRA L. HARRON,** | ) | |
| | ) | |
| **Defendant/Counterclaim** | ) | **ORDER** |
| **Plaintiff/Third-Party Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TONY LE and MARS HILL** | ) | |
| **PHARMACY, INC.,** | ) | |
| | ) | |
| **Counterclaim Defendants/Third-** | ) | |
| **Party Defendants** | )_ | |
| | ) | |

 **THIS MATTER** is before the Court on the "Defendant/Counterclaim Plaintiff/Third-Party Plaintiff's Consent Motion to Stay the Initial Attorneys' Conference" (document #14) filed February 16, 2016.

 After conferring with the chambers of the Honorable Martin Reidinger and noting that the Motion states no reason why the initial attorneys' conference should be stayed for thirty days, it is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE.**

 The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Martin Reidinger.

 **SO ORDERED.**

Signed: February 17, 2016

David S. Cayer
United States Magistrate Judge